**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO.: 12-55557** |
| **JOAN LESLIE PEARSON** | : | **CHAPTER 13** |
| **DEBTOR** | : | **JUDGE PRESTON** |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that Debtor's residential address is as follows:

**201 Pruitt Road, Apt. 933**
**Spring, TX 77380**

Respectfully submitted,

/s/Robert J. Morje _____
Robert J. Morje                    (0020210)
McInturff & Morje LLC
Attorney for Debtor
PO Box 6545
Columbus, Ohio 43206
(614) 464-2235
(614) 588-8826 (fax)
robert@judithmcinturff.com

**CERTIFICATE OF SERVICE**

**I hereby certify that on May 16, 2016, a copy of the foregoing** NOTICE OF CHANGE OF ADDRESS **was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:**

    Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
    Brian M Gianangeli    bgianangeli@mifsudlaw.com
    Alison A Gill    alison.gill@ohiolaws.com, sara.weaver@ohiolaws.com
    Robert J Morje    rmorje.attorney@gmail.com, MacandMorj@gmail.com
    Frank M Pees    trustee@ch13.org

**and on the following by ordinary U.S. Mail addressed to:**
Joan Leslie Pearson
201 Pruitt Road, Apt. 933
Spring, TX 77380

/s/Robert J. Morje _____
Robert J. Morje                    (0020210)